# Court of Appeals
# of the State of Georgia

ATLANTA,  September 30, 2025

*The Court of Appeals hereby passes the following order:*

**A26E0073. IN THE INTEREST OF: G. C., et al, CHILDREN (MOTHER) et al.**

Makayla Daly and Heather Daly have filed an EMERGENCY RULE 40 (B) & (C) MOTION FOR WRIT OF MANDAMUS. The motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/30/2025

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*